

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

hwexler@seyfarth.com
T (212) 218-3332

www.seyfarth.com

August 3, 2023

**APPLICATION GRANTED**
**SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 08/04/2023
Extension is granted until September 11, 2023.

**VIA ECF**

District Court Judge Vernon S. Broderick
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Maas v. Verizon New York Inc.
       Case No. 1:23-cv-4147(VSB)

Dear Judge Broderick:

We represent Verizon New York Inc. ("Defendant") in the above-referenced matter. We write, pursuant to Your Honor's Individual Rules, to respectfully request an adjournment of Defendant's responsive pleading deadline. Plaintiff consents to this request.

Defendant's time to file a responsive pleading currently expires on August 14, 2023. Defendant respectfully requests an extension through and including September 11, 2023. This extension will enable Defendant to fully investigate the allegations in the Complaint and discuss the allegations and other issues with Plaintiff's counsel prior to filing a response to the Complaint. This is Defendant's second request for an adjournment of its responsive pleading deadline and it does not impact any other deadline.

Respectfully submitted,

SEYFARTH SHAW LLP


/s/ Howard M. Wexler


Howard M. Wexler

cc:   All counsel of record (via ECF)

96408733v.1