```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAREN MAAS,                                                 :
                                                            :
                         Plaintiff,                         :
                                                            :          23-CV-4147 (VSB)
             - against -                                    :
                                                            :              **ORDER**
                                                            :
VERIZON NEW YORK, INC.,                                     :
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On March 27, 2025, I ordered Plaintiff to depose four non-party witnesses in Nassau County or virtually. (Doc. 36.) Later that day, Plaintiff sought reconsideration of the order, asserting that counsel for the non-party witnesses had not fully stated Plaintiff's reasons for conducting the depositions in person in Manhattan. (*See* Doc. 37.) Counsel for the witnesses responded to Plaintiff's letter on March 28, 2025. (*See* Doc. 38.) I find that the new information contained in these letters warrants reconsideration of my prior order. *See, e.g.*, *Cho v. Blackberry Ltd.*, 991 F.3d 155, 170 (2d Cir. 2021). Accordingly, it is hereby:

ORDERED that the order dated March 27, 2025 is VACATED.

1

IT IS FURTHER ORDERED that the parties meet and confer in to attempt to resolve the dispute in good faith.  *See* Fed. R. Civ. P. 37(a)(1).

IT IS FURTHER ORDERED that no later than April 3, 2025, the parties shall submit a joint letter informing me of the status of the dispute.  If the letter indicates the parties have not resolved the issue, I will schedule an in-person conference to resolve the matter.

SO ORDERED.

Dated: March 28, 2025
      New York, New York

Vernon S. Broderick
United States District Judge

2