UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
DAREN MAAS,                                              :
                                                         :
                             Plaintiff,                  :
                                                         :         23-CV-4147 (VSB)
             - against -                                 :
                                                         :              **ORDER**
                                                         :
VERIZON NEW YORK, INC.,                                  :
                                                         :
                             Defendant.                  :
                                                         :
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On April 9, 2025, I held a conference in this matter regarding a dispute regarding Plaintiff's intended depositions of four non-party witnesses. Consistent with my comments during the conference, it is hereby:

ORDERED that the four non-party witnesses shall be deposed at a mutually agreed-upon court reporting facility in Nassau or Suffolk County. The depositions will take place virtually over videoconference. Plaintiff and the non-parties shall share any costs of renting the facility and any court reporter fees.

SO ORDERED.

Dated: April 9, 2025
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge

1