UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                    :

DAREN MAAS,                             :

                                      :

                Plaintiff,      :                                                                         

                                      :                   23-CV-4147 (VSB)

          - against -              :

                                      :                         **ORDER**

VERIZON NEW YORK, INC.,          :

                                      :

                Defendant.   :

                                      :

---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On January 8, 2026, I held a telephonic conference in the above-captioned case.  In accordance with my remarks at the conference, it is hereby:

ORDERED that, Amanda Williams, who appeared in today's telephonic conference on behalf of Defendant, shall file a Notice of Appearance by January 12, 2026.

IT IS FURTHER ORDERED that the parties shall file a joint status update by January 30, 2026 regarding:  (1) the status of the mitigation and damages information issue discussed in today's telephonic conference; (2) whether the parties would like this action to be referred to the Magistrate Judge for settlement; and (3) a proposed briefing schedule for Defendant's anticipated motion for summary judgment.

SO ORDERED.

Dated: January 8, 2026
       New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge