**Seyfarth**

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526

hwexler@seyfarth.com

T (212) 218-3332

www.seyfarth.com

March 23, 2026

**VIA ECF**

District Court Judge Vernon S. Broderick
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED
> SO ORDERED** *[signature]*
> **VERNON S. BRODERICK**
> **U.S.D.J.**  **3/23/2026**

Re:    **Maas v. Verizon New York Inc. Case No. 1:23-cv-4147 (VSB)**

Dear Judge Broderick:

We represent Verizon New York Inc. ("Defendant") in the above-referenced matter. We write jointly with Plaintiff's counsel to request a modification of the briefing schedule for Defendant's anticipated motion for summary judgment. This request is prompted by the unexpected medical leave of Amanda Williams, the attorney from our office who most recently appeared before Your Honor on behalf of Defendant and who will be unavailable for the foreseeable future.

The parties have met and conferred and, in light of counsel's availability, the upcoming Passover holiday, and other existing professional commitments, have agreed upon the following revised schedule, which would accommodate both sides' availability:

- Defendant's opening brief: May 8, 2026
- Plaintiff's opposition brief: June 12, 2026
- Defendant's reply brief: June 26, 2026

We appreciate the Court's consideration of this request.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Howard M. Wexler*

Howard M. Wexler

cc:    All counsel of record (via ECF)

324712235v.1