**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

DARREN MAAS,

                                  Plaintiff,

           -vs- -

VERIZON NEW YORK INC.

                           Defendants.

Case No. 23-cv-04147

**NOTICE OF APPEARANCE**

---------------------------------------------------------------- x

       **PLEASE TAKE NOTICE** that Ian M. Capell, an attorney with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as an attorney for Verizon New York Inc. ("Defendant") in the above-captioned matter.

Dated: New York, New York
       May 8, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By */s/ Ian M. Capell*
   Ian M Capell
icapell@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018-1405
Office Number:  (212) 218-5265

*Attorney for Defendant*

14230285v.1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026 I electronically filed the foregoing Defendants'
Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent
notification of such filing to all parties registered to receive notice via that service.

/s/ *Ian M. Capell*
Ian M. Capell

14230285v.1