UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

DAREN MAAS,

               Plaintiff,

    -against-

VERIZON OF NEW YORK INC.,

               Defendant.

-------------------------------------------------------- X

Civil Action No. 1:23-CV-04147

**DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 AND LOCAL RULE 56.1**

**ORAL ARGUMENT REQUESTED**

      **PLEASE TAKE NOTICE** that upon the accompanying: (1) Memorandum of Law in Support of Defendant's Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure ("FRCP"); (2) Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1; (3) Declaration of Howard M. Wexler in Support of Defendant's Motion for Summary Judgment with Exhibits A through NN; and upon all the pleadings and proceedings herein, Defendant Verizon of New York Inc., by and through its counsel, Seyfarth Shaw LLP, will move this Court, at a date and time to be determined by the Court, before the Honorable Vernon S. Broderick, United States District Judge at the United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order: (i) granting Defendant's Motion for Summary Judgment pursuant to FRCP 56 and Local Rule 56.1; and (ii) granting such other and further relief as the Court may deem just and proper.

2

Dated: New York, New York                    SEYFARTH SHAW LLP
       May 8, 2026


By: */s/ Howard M. Wexler*            
    Howard M. Wexler
    hwexler@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:  (212) 218-5500
    Facsimile:  (212) 218-5526

*Attorneys for Defendant Verizon of New York, Inc.*

**CERTIFICATE OF SERVICE**

I, Howard M. Wexler, hereby certify that on May 8, 2026, I caused to be electronically filed true and correct copies of the foregoing NOTICE OF MOTION; MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL RULE 56.1; DECLARATION OF HOWARD M. WEXLER WITH EXHIBITS A THROUGH NN; and PROPOSED ORDER with the Clerk of the Court via the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Howard M. Wexler*
Howard M. Wexler