UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DAREN MAAS,                                                 :
                                                            :
                                    Plaintiff,              :
                                                            :                    23-CV-4147 (VSB)
                    - against -                             :
                                                            :                        **ORDER**
VERIZON NEW YORK, INC.,                                     :
                                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

Before me is Defendant's motion for summary judgment.  (Doc. 60.)  According to the

briefing schedule for Defendant's motion for summary judgment, Plaintiff's opposition brief was

due by June 12, 2026.  (Doc. 58.)  To date, Plaintiff has not filed his opposition brief or

requested an extension to file his opposition brief.  Thus, it is hereby:

ORDERED that Plaintiff's deadline to file his opposition brief is extended *nunc pro tunc*

to June 25, 2026.  Defendant's reply brief, if any, will be correspondingly due by July 9, 2026.

If Plaintiff does not file his opposition brief by June 25, 2026, I will consider Defendant's motion

for summary judgment unopposed.

SO ORDERED.

Dated:  June 17, 2026
        New York, New York

Vernon S. Broderick
United States District Judge