UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

DAREN MAAS,                                                     Case No. 23-cv-4147

                                Plaintiff,

                                                               **NOTICE OF**
        -against-                                              **APPEARANCE**

VERIZON OF NEW YORK INC,

                                Defendant.

_____

        PLEASE TAKE NOTICE that the undersigned appears on behalf of Plaintiff in this action.

Dated:  New York, New York
        June 23, 2026


                                        ADVOCATES FOR JUSTICE,
                                        CHARTERED ATTORNEYS
                                        *Attorneys for Plaintiffs*

                                        By: /s/  *Edward Pichardo*
                                                    Edward Pichardo
                                        225 Broadway, Suite 225
                                        New York, New York 10007
                                        (212) 285-1400
                                        epichardo@advocatesny.com