

**advocates
for justice
chartered attorneys**

**Edward Pichardo**
Attorney

epichardo@advocatesny.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

June 23, 2026

By ECF

Hon. Vernon S. Broderick
United States District Court
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED _[signature]_
> VERNON S. BRODERICK
> U.S.D.J. 6/24/2026

      Re:    Request for Extension of Time to File Opposition Brief
              Maas v. Verizon, 23-cv-04147-VSB

Dear Judge Broderick:

This firm represents the Plaintiff in the above-referenced case. Pursuant to an Order dated June 17, 2026, the Court extended *nunc pro tunc* Plaintiff's deadline to file his opposition brief to June 25, 2026. The Plaintiff requests an extension of that deadline to July 2, 2026.

Per your Honor's Individual Rule 1(H), Requests for Adjournments or Extensions of Time:

(1)     The original date the opposition brief was due was June 12, 2026.

(2)     This is Plaintiff's first request for an adjournment with respect to the filing of his opposition brief.

(3)     Not applicable, see above.

(4)     Our adversary consents and we jointly request that their deadline to file a reply brief be extended from July 9, 2026 to July 31, 2026.

(5)     Plaintiff makes this request to accommodate counsel's schedule and to permit the undersigned, who was recently assigned this case on June 17, 2026, time to get familiar with the casefile and respond to Defendant's 56.1 Statement as well as the Motion. It should be noted



Hon. Vernon S. Broderick
June 23, 2026
Page 2

that Defendant's counsel requested an extension of time on March 23, 2026 to file its Motion for Summary Judgment and was granted that request.  (See, Docs. 57 & 58.)

We respectfully request that the Court consider granting this adjournment of time.

Respectfully submitted,

/s/ *Edward Pichardo*

Edward Pichardo

cc:     Counsels of Record, via ECF