UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DAREN MAAS

                                 Plaintiff,                      Index No. 23-cv-04147 (VSB)

                    -against-

VERIZON NEW YORK, INC.,

                                 Defendant.
-----------------------------------------------------------------------X

**DECLARATION OF EDWARD PICHARDO IN SUPPORT
OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

       I, EDWARD PICHARDO, declare under the penalty of perjury:

       1.      I am an associate with the law firm of Advocates for Justice, Chartered Attorneys, attorneys for the Plaintiff Daren Maas, in the above-captioned action.  I submit this Declaration in Support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment pursuant to Local 56.1.  I know the facts testified to in this Declaration to be true based upon my own personal knowledge, information provided to me, and my review of the documents produced in this action.

       2.      A true and correct copy of the following exhibit in support of Plaintiff's Memorandum of Law is annexed hereto as:

              Exhibit 1, an exchange of text message between the Plaintiff and Brian Hulsen on
              December 19, 2019.

Dated: July 2, 2026
       New York, New York

                                /s/ *Edward Pichardo*
                                Edward Pichardo
                                ADVOCATES FOR JUSTICE,
                                CHARTERED ATTORNEYS
                                *Attorneys for Plaintiff*
                                225 Broadway, Suite 1902
                                New York, New York 10007
                                (212) 285-1400
                                epichardo@advocatesny.com